IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE L. GARCIA,

    Plaintiff,

v.

                                        No. 22-cv-0129 JB/SMV

ALISHA TAFOYA-LUCERO,
JESSIEA VIGIL RICHARDS,
FNU GARCIA, and CHELSEA WHITE,

    Defendants.

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis* (the "Motion") [Doc. 2]. The Court cannot rule on the Motion because it does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2) (stating that a motion to proceed *in forma pauperis* must include "a certified copy of the trust fund account . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined"). Therefore, no later than May 25, 2022, Plaintiff shall submit a certified inmate account statement reflecting transactions between August 22, 2021, and February 22, 2022. All filings must include the case number (No. 22-cv-0129 JB/SMV). The failure to timely comply with this Order will result in dismissal of this action without further notice.

**IT IS ORDERED, ADJUDGED, AND DECREED** that, no later than May 25, 2022, Plaintiff shall file a certified inmate account statement reflecting transactions between August 22, 2021, and February 22, 2022.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**