IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE L. GARCIA,

      Plaintiff,

vs.                                                            No. CIV 22-0129 JB/JHR

ALISHA TAFOYA-LUCERO, Cabinet
Secretary, NMCD; JESSICA VIGIL
RICHARDS, WNMCF/South Warden; FNU
GARCIA, Mail Room, WNMCF, and
CHELSEA WHITE, Deputy Warden,
WNMCF/South,

      Defendants.

## **MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed June 6, 2023 (Doc. 22)("MOO"). In the MOO, the Court dismisses the Preliminary Injunction/TRO Complaint for Violation of Civil Rights, filed February 22, 2022 (Doc. 1) ("Complaint"). See MOO at 14. Nevertheless, the Court permits Plaintiff Jesse L. Garcia to amend his Complaint within thirty days of the MOO's entry. See MOO at 14. Specifically, the Court advises Garcia that failure to file an amended complaint by the deadline could result in dismissal of this case with prejudice. See MOO at 14. To date, Garcia has not filed an amended complaint, sought an extension to do so, or otherwise responded to the MOO. The deadline within which he was permitted to do so has now passed. For these reasons and for the reasons set forth in the MOO, the Court dismisses this matter with prejudice.

**IT IS ORDERED** that: (i) the Preliminary Injunction/TRO Complaint for Violation of Civil Rights, filed February 22, 2022 (Doc. 1), is dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) the Court will enter Final Judgment separately.

                                                                     _____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Jesse L. Garcia
Los Lunas, New Mexico

    *Plaintiff pro se*

Andrew J. Deakyne
Rodney Gabaldon
Garcia Law Group, LLC
Albuquerque, New Mexico

-- and --

Henry Narvaez
Narvaez Law Firm, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendants*